**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VONG XIONG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1285-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 5, 2026, Vong Xiong filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and asking the Court to order his release.  The Court thus ordered Respondents to show cause why the Petition should not be granted.  May 6, 2026, Order, ECF No. 3.

Respondents have now filed a Response, ECF No. 4, in which they argue that Xiong is lawfully detained under 8 U.S.C. § 1231(a) as his "removal is, in fact, significantly likely in the reasonably foreseeable future."  *Id.* at 3.  In support, they attach the Declaration of Deportation Officer Omar Flores ("Flores Decl."), ECF No. 4-1.  According to Flores, Enforcement and Removal Operations ("ERO") received a travel document from Laos for Xiong on April 7, and Xiong was scheduled for removal via charter flight on May 5.  Flores Decl. ¶ 5.  However, ERO was unable to remove Xiong "due to [his] hospitalization for medical treatment."  *Id.* ¶ 6.  Xiong "is currently admitted at the El Paso Long Term Acute Care Hospital."  *Id.* ¶ 8.  Nonetheless, although "the timeline to remove [Xiong] is currently unknown, ERO anticipates that it will be able to remove [him] in the near future."  *Id.* ¶ 7.

Because Xiong is currently hospitalized and his scheduled removal was cancelled as a result, it appears that the likelihood of Xiong's removal turns on his medical condition and his ability to make a recovery that would allow him to travel overseas.  The Court thus requires more information regarding Xiong's medical condition to assess the merits of the Petition.

Accordingly, Xiong and Respondents shall each **FILE** a brief, **by no later than May 29, 2026**, detailing Xiong's current medical condition, the progress of his recovery, and the likelihood of his removal in the reasonably foreseeable future.

**SO ORDERED**.

**SIGNED** this 15th day of May, 2026.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE