**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VONG XIONG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1285-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 15, 2026, the Court ordered both

Xiong and Respondents to each file a brief by May 29 "detailing Xiong's current medical

condition, the progress of his recovery, and the likelihood of his removal in the reasonably

foreseeable future."  May 15, 2026, Order, ECF No. 5.  Xiong filed an Affidavit, ECF No. 6, and

Memorandum, ECF. No. 7.  Respondents filed a Response, ECF No. 9, and attached the

Declaration of Supervisory Detention and Deportation Officer Jesus Ramirez ("Ramirez Decl."),

ECF No. 9-1, in support.

As for Xiong's medical condition, Xiong's counsel states that "[Xiong's] current medical

status is unclear" because he "has been unable to obtain [Xiong's] updated medical records."

Mem. 4.  "[Xiong] is no longer hospitalized and is now detained at El Paso Processing Center"

but "there are ongoing issues with [his] G-tube."  *Id.* at 3.  As for likelihood of removal, Xiong's

counsel argues that "there is a less than significant likelihood of removal in the reasonably

foreseeable future" because "[Xiong] suffered severe life-altering endemic conditions following

his stroke."  *Id.* at 4.  And "[t]here are too many details to resolve and [Xiong] has to be

medically stable for a sufficient period to ensure he can survive the [removal] process." *Id.* at 8–9.

According to Ramirez, "a tentative discharge is planned for later this week" and "Xiong has been medically cleared for removal." Ramirez Decl. ¶¶ 8–9. Xiong has been issued a travel document, which is valid until July 8, 2026. *See id.* ¶ 10. And he "has a date of removal scheduled for early June 2026." *Id.* ¶ 11.

Because Respondents represent that Xiong is medically cleared for removal and is scheduled for removal in early June, and Xiong has not provided any information disputing his medical clearance for removal, the Court finds it appropriate to order a status report in this case.

Accordingly, the Court ORDERS that Respondents shall **FILE** a status report, **by no later than June 15, 2026**, stating whether Xiong was removed from the country, and if not, detailing the following:

(1) Why Xiong was not removed from the country in early June as scheduled;

(2) The anticipated timeline for Xiong's removal from the country; and

(3) Any obstacles to Xiong's removal, including, but not limited to, his medical condition.

**IT IS FURTHER ORDERED** that Xiong may file a supplemental brief in support of his Petition at any time. If he disputes Respondents' characterization of his medical clearance for removal, he should file a brief explaining his position with supporting documents attached.

**SO ORDERED**.

**SIGNED this 1st day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE