**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VONG XIONG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1285-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 11. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Petitioner's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 8th day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE